IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEW MEXICO

ARTHUR FIRSTENBERG,

    Petitioner,

CASE NO. 11-CV-8

vs.

CITY OF SANTA FE, a municipality;
AT&T MOBILITY SERVICES, LLC, a
Delaware Limited Liability Company,

    Defendants.

**PETITION FOR REMOVAL OF CAUSE TO FEDERAL COURT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that AT&T MOBILITY SERVICES, LLC ("AT&T Mobile") hereby removes to this Court the above-captioned state court action for the reasons described below.

1. On December 15, 2010, Petitioner ARTHUR FIRSTENBERG commenced the above-captioned action in the New Mexico District Court, First Judicial District, Santa Fe County, which action was captioned *Firstenberg v. City of Santa Fe, et al,*, Case No. D-101-CV-04296.

2. This Notice of Removal is filed on behalf of AT&T Mobile.

3. The state court action constitutes a removable "civil action" under 28 U.S.C. § 1441(b). Petitioners' claims raise federal questions for which this Court has original subject matter jurisdiction. Specifically, Petitioners' claims raise federal questions under The Telecommunications Act of 1996, 47 U.S.C. § 151 *et seq.* and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*

4. Alternatively, Petitioner's claims implicate significant federal issues such that the action being removed arises under federal law. *See Smith v. Kansas City Title & Trust Co.*, 255 U.S. 180, 199 (1921); *Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing*, 545 U.S. 308, 316 (2005). There is a significant federal interest in the adjudication of this claim in a federal rather than state forum, and the exercise of federal jurisdiction here will not "disturb any congressionally approved balance of federal and state judicial responsibilities." *Grable*, 545 U.S. at 314.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process served upon Defendant is attached hereto as **Exhibit A**.

6. AT&T Mobile certifies that it has served a copy of this Notice on the Plaintiff, and a copy of the Notice has also been filed with the District Court Clerk, District Court of the State of New Mexico, Santa Fe County, as required by 28 U.S.C. § 1446(d). A copy of the Notice filed with the State Court Clerk is attached hereto as **Exhibit B**.

7. AT&T Mobile certifies, further, that it has discussed this matter with co-defendant, the City of Santa Fe, and the City of Santa Fe consents to removal.

WHEREFORE, AT&T requests the removal of the above-entitled case from the District Court of the State of New Mexico, Santa Fe County, to this Court.

/ / /

DATED this 5th day of January, 2011.

**BASHAM & BASHAM, P.C.**

/s/ _____
MARK A. BASHAM
Basham & Basham, P.C.
2205 Miguel Chavez Road, # A
Santa Fe, NM 87505
(505) 988-4575
mbasham@bbpcnm.com
dwells@bbpcnm.com.
Attorneys for AT&T Mobility, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition was mailed to:

Arthur Firstenberg
P.O. Box 6216
Santa Fe, NM 87502

Geno Zamora
City Attorney
City of Santa Fe
200 Lincoln Ave.
Santa Fe, NM 87501

/s/ _____
MARK A. BASHAM